UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/08

-------------------------------------------------------x
NELSON CARMONA,                          :
                                         :
                    Plaintiff,           :
                                         :
        -against-                        :
                                         :
COMMISSIONER OF SOCIAL                   :
SECURITY,                                :
                                         :
                    Defendant.           :
-------------------------------------------------------x

08 Civ. 2814 (HB)

**ORDER**

**Hon. Harold Baer, Jr., District Judge:**

WHEREAS this Court held a Pre-Trial Conference with the parties on July 10, 2008, at which the parties discussed scheduling matters in this case; it is hereby

ORDERED that the Defendant shall file any motion to dismiss by August 11, 2008; and it is further

ORDERED that the Plaintiff, Mr. Carmona, shall file his opposition to any motion to dismiss by September 10, 2008; and it is further

ORDERED that the Defendant shall file its reply brief, if any, by September 24, 2008.


**SO ORDERED.**

July 22, 2008
New York, New York

_____
                    U.S.D.J.

                    Part I